UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:25-cv-80241-AMC

NELSON FERNANDEZ,
Plaintiff,

v.

PATRIZIA NYC 2 LLC,
Defendant.

_____/



FILED BY _____ D.C.

MAR 03 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

### INTRODUCTION

Defendant, **Patrizia NYC 2 LLC**, by and through its undersigned counsel, respectfully moves this Court to dismiss Plaintiff **Nelson Fernandez's** Complaint pursuant to **Federal Rule of Civil Procedure 12(b)(6)** for failure to state a claim upon which relief can be granted. In support thereof, Defendant states as follows:

### BACKGROUND

1. Plaintiff alleges that Defendant's website, **https://www.patrizias.com/**, is not compliant with the Americans with Disabilities Act ("ADA") and is inaccessible to visually impaired individuals.

2. However, Defendant **previously settled an identical lawsuit** regarding the same website (Case No.: 1:22-cv-23963-KMM), where it agreed to implement accessibility improvements and compliance measures.

3. Pursuant to the **Confidential Settlement Agreement**, Plaintiff **James Watson** fully released Defendant from any future ADA claims regarding the website's accessibility, and Defendant undertook good-faith efforts to improve accessibility.

4. Plaintiff Fernandez is now attempting to **re-litigate the same claims** that have already been resolved through a prior settlement, violating the legal doctrine of **res judicata** (claim preclusion).

### LEGAL ARGUMENTS

### I. PLAINTIFF'S CLAIMS ARE BARRED BY RES JUDICATA

5. Under **res judicata**, a final settlement or judgment bars subsequent claims based on the same issue when:

    o (a) A valid final judgment was reached in a prior case.

- - o   (b) The parties in the new case are the same or closely related.
    - o   (c) The claims in the new case arise from the same transaction or occurrence as the prior case.
6. The previous lawsuit, **Watson v. Patrizia NYC LLC (Case No.: 1:22-cv-23963-KMM)**, was **settled** with a binding agreement that addressed the website's ADA compliance, thereby **precluding any new lawsuits based on the same issue**.
7. Plaintiff Fernandez's case is a **duplicate** attempt to extract monetary damages for claims that were **already resolved**, making this lawsuit **legally impermissible**.

## II. DEFENDANT HAS COMPLIED WITH ADA REQUIREMENTS

8. Defendant has **implemented accessibility measures** as agreed upon in the prior settlement, including improvements for screen reader compatibility and adding an accessibility policy to the website.
9. The **expert report provided by Plaintiff** identifies only **minor issues** that do not constitute a substantial barrier under the ADA and can be addressed without litigation.
10. **The ADA does not require perfection**, only reasonable accessibility efforts, which Defendant has already undertaken in good faith.

## III. PLAINTIFF IS A SERIAL LITIGANT AND THIS SUIT IS AN ABUSE OF PROCESS

11. Plaintiff appears to be part of a **serial ADA litigation scheme**, where attorneys and plaintiffs file **mass lawsuits** targeting businesses for minor or technical violations, often without any real intent to patronize the business.
12. The **Southern District of Florida** has previously dismissed similar cases where plaintiffs were found to be "testers" using the ADA to generate settlements rather than to remedy genuine discrimination.
13. This Court should dismiss this case to prevent **frivolous and abusive litigation**.

**CONCLUSION**

For the reasons set forth above, Defendant respectfully requests that this Court **dismiss Plaintiff's Complaint in its entirety**, with prejudice, and grant any further relief that the Court deems just and proper.

**Dated:** March 4, 2025

Respectfully submitted,


**Walter Orellana**
**Patrizia NYC 2 LLC**
**1544 SE 3rd Ct, Deerfield Beach, FL 33441**

\*\*Email: \*\***info@patriziasdeerfield.com**
**Phone: 917-480-0623**

**Pro Se Defendant**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this March 4, 2025, a true and correct copy of the foregoing Motion to Dismiss was served via hand delivery to the Clerk of Court at the U.S. District Court, Southern District of Florida, West Palm Beach Division, and via email to Plaintiff's attorneys to all counsel of record.

**Walter Orellana**
**Patrizia NYC 2 LLC**

*[signature]*